IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| WINSTON SNYDER, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br> v.<br><br>SODEXO, INC.,<br><br>   *Defendant.* | Case No. 1:25-cv-01322-RDB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Winston Snyder ("Plaintiff"), by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed in its entirety, without prejudice, against Defendant Sodexo, Inc. ("Defendant").

Dated: June 4, 2025

                Respectfully submitted,

                */s/ Gary E. Mason*
                Gary E. Mason (MD Bar No. 15033)
                **MASON LLP**
                5335 Wisconsin Avenue NW, Suite 640
                Washington, DC 20015
                Tel: (202) 429-2290
                gmason@masonllp.com

                *Attorney for Plaintiff Winston Snyder*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 4, 2025, the foregoing was filed electronically with the Clerk of the Court through the Court's CM/ECF System, which will automatically send notice to all counsel of record.

                                                        */s/ Gary E. Mason*
                                                        Gary E. Mason (MD Bar No. 15033)