IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **WINSTON SNYDER** | * | |
| **Plaintiff** | * | |
| v. | * | Civil Case No. JKB-25-1322 |
| **SODEXO, INC.** | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In light of the Notice of Voluntary Dismissal filed on June 4, 2025, (ECF No. 7), with the dismissal without prejudice accomplished by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1), the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this __5__ day of June, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge